Submitted January 4, reversed February 27, 2013

In the Matter of K. D. S.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## K. D. S.,
aka K. B. D., aka K. S., aka K. B. S.,
*Appellant.*

Jackson County Circuit Court
12582MC; A152398

296 P3d 1289

Charles Kochlacs filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Pamela J. Walsh, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. She contends that the state failed to prove, by clear and convincing evidence, that, because of a mental disorder, she is a danger to herself or others. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.